# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**WESLEY RICKS (#499599)**

**VERSUS**

**STATE OF LOUISIANA, ET AL.**

**CIVIL ACTION**

**NO. 23-730-BAJ-RLB**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on August 28, 2024.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WESLEY RICKS (#499599)**

**VERSUS**

**STATE OF LOUISIANA, ET AL.**

CIVIL ACTION

NO. 23-730-BAJ-RLB

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter comes before the Court on the petitioner's petition for writ of habeas corpus (R. Doc. 1). The petitioner has previously filed a petition for writ of habeas corpus regarding the same conviction. *See Wesley Sinclair Ricks v. Darrel Vannoy,* 21-831 (W.D. La.).

28 U.S.C. § 2244(b)(1) and (2) authorize dismissal of "second and successive" habeas corpus petitions, and § 2244(b)(3) directs a petitioner filing a "second and successive" habeas to obtain authorization from the appropriate Court of Appeals before filing the petition in District Court.

The instant petition is another attempt to collaterally attack the petitioner's state court conviction, and the petitioner's claims are clearly successive. As the petitioner has not yet received permission from the Court of Appeals to file a successive petition in the District Court as required by statute, this Court lacks jurisdiction to consider his claims.

### RECOMMENDATION

It is recommended that the petition (R. Doc. 1) be deemed a successive habeas corpus petition, that it be dismissed for lack of jurisdiction because plaintiff did not obtain permission

from the United States Court of Appeals for the Fifth Circuit prior to filing, and that a judgment be entered stating the same.

Signed in Baton Rouge, Louisiana, on August 28, 2024.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**