UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WESLEY RICKS**                                                        **CIVIL ACTION**

**VERSUS**

**STATE OF LOUISIANA, ET AL.**                           **NO. 23-00730-BAJ-RLB**

### RULING AND ORDER

This matter comes before the Court on Wesley Ricks' Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc 1). The Magistrate Judge has issued a **Report and Recommendation (Doc. 2, the "Report")**, recommending that this matter be dismissed for lack of jurisdiction because Petitioner did not obtain permission from the U.S. Court of Appeals for the Fifth Circuit prior to filing a successive habeas corpus petition. Petitioner's deadline to object to the Report has passed, without any objection from Petitioner.

Having carefully considered the Petition, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Petition (Doc. 1) is deemed successive, and that it be **DISMISSED** for lack of jurisdiction because Petitioner did not obtain permission from the Fifth Circuit prior to filing.

Judgment shall enter accordingly.

        Baton Rouge, Louisiana, this 12th day of September, 2024

 

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**